United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 19-16968-WJ
Leon Richard Mays                                                       Chapter 7
Darryl W Daniels
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-6         User: admin              Page 1 of 2              Date Rcvd: Aug 11, 2020
                             Form ID: 318a            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
```
db/jdb        Leon Richard Mays,   Darryl W Daniels,   2160 Charmaine Drive,   Upland, CA  91784-7306
r            +Clarence Yoshikane,   840 Newport Center,   Newport Beach, CA 92660-6376
cr           +Vivian Meng,   4158 14th St.,   Riverside, CA 92501-3426
39731582      All Services Construction,   12323 Meadowlark Ave,   Oak Hills, CA 92344-9228
39731585      Bank of America,   PO Box 15796,   Wilmington, DE 19886-5796
39787188     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
39731586      BlueFrog Plumbing & Drain,   c/o Matthew Murillo,   1255 W Colton Ave Ste 588,
               Redlands, CA 92374-2861
39794987     +JPMorgan Chase Bank, N.A.,   s/b/m/t Chase Bank USA, N.A.,
               c/o Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
39731913      John J Mooers Construction,   1313 N Grand Ave Ste 355,   Walnut, CA 91789-1317
39767738      Mercedes-Benz Financial Services USA LLC,   c/o BK Servicing, LLC,   PO Box 131265,
               Roseville, MN 55113-0011
39731594      Nancy and Alice Yuan,   319 E Sierra Madre Ave,   Glendora, CA 91741-2150
39745444     +Puget Sound Energy,   Vendor Collections Department -BOT-02G,   P.O. Box 97034,
               Bellevue, WA 98009-9734
39731595      Puget Sound Energy,   PO Box 91269,   Bellevue, WA 98009-9269
39731596      Richard & Vivian Lee Meng,   319 E Sierra Madre Ave,   Glendora, CA 91741-2150
39791738     +Richard Meng and Vivian Meng,   c/o Law Offices of Langley and Chang,   4158 14th St.,
               Riverside, CA 92501-3426
39731598      SOS Leak Detection,   5903 N Rockvale Ave,   Azusa, CA 91702-4638
39731601      Trugreen #5330,   PO Box 17221,   Wilmington, DE 19850-7221
39731603      Wells Fargo,   PO Box 5511,   Sioux Falls, SD 57117-5511
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QKTANDERSON.COM Aug 12 2020 09:28:00      Karl T Anderson (TR),
               340 South Farrell Drive, Suite A210,   Palm Springs, CA 92262-7932
smg           EDI: EDD.COM Aug 12 2020 09:28:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Aug 12 2020 09:28:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
               P.O. Box 2952,   Sacramento, CA 95812-2952
39754138      EDI: BECKLEE.COM Aug 12 2020 09:28:00      American Express National Bank,
               c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
39731583      EDI: AMEREXPR.COM Aug 12 2020 09:28:00      Amex,   PO Box 297871,
               Fort Lauderdale, FL 33329-7871
39731584      EDI: BANKAMER2.COM Aug 12 2020 09:28:00      Bank of America,   PO Box 17054,
               Wilmington, DE 19850-7054
39731588      EDI: WFNNB.COM Aug 12 2020 09:28:00      Comenity Bank/Pier 1,   PO Box 182120,
               Columbus, OH 43218-2120
39731878      EDI: WFNNB.COM Aug 12 2020 09:28:00      Comenity Capital,   PO Box 182120,
               Columbus, OH 43218-2120
39731589     +EDI: CONVERGENT.COM Aug 12 2020 09:28:00      Convergent Outsourcing,   800 SW 39th St,
               Renton, WA 98057-4927
39731590      E-mail/Text: agnesb@cvwdwater.com Aug 12 2020 05:46:33      Cucamonga Valley Water District,
               PO Box 638,   Rancho Cucamonga, CA 91729-0638
39773796      EDI: DISCOVER.COM Aug 12 2020 09:28:00      Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH 43054-3025
39731591      EDI: DISCOVER.COM Aug 12 2020 09:28:00      Discover Financial SVCS LLC,   PO Box 15316,
               Wilmington, DE 19850-5316
39740254      EDI: FORD.COM Aug 12 2020 09:28:00      Ford Motor Credit Company LLC,   PO Box 62180,
               Colorado Springs, CO 80962-2180
39731592     +EDI: FORD.COM Aug 12 2020 09:28:00      Ford Motor Credit,   9930 Federal Dr,
               Colorado Springs, CO 80921-3664
39731587      EDI: JPMORGANCHASE Aug 12 2020 09:28:00      Chase Card,   201 N Walnut St,
               Wilmington, DE 19801-2920
39731915      EDI: DAIMLER.COM Aug 12 2020 09:28:00      Mercedes Benz Financial,   PO Box 5209,
               Carol Stream, IL 60197-5209
39731593      EDI: TSYS2.COM Aug 12 2020 09:28:00      Macys/DSNB,   9111 Duke Blvd,   Mason, OH 45040-8999
40128346      EDI: PRA.COM Aug 12 2020 09:28:00      Portfolio Recovery Associates, LLC,   c/o SYNCHRONY BANK,
               POB 41067,   Norfolk, VA 23541
39731597      E-mail/Text: jennifer.chacon@spservicing.com Aug 12 2020 05:46:42      Select Portfolio Services,
               PO Box 65450,   Salt Lake City, UT 84165-0450
39731599      EDI: RMSC.COM Aug 12 2020 09:28:00      Syncb/TJX,   PO Box 965007,   Orlando, FL 32896-5007
39731917      EDI: CITICORP.COM Aug 12 2020 09:28:00      THD/CBNA,   PO Box 9714,   Gray, TN 37615-9714
39731600      E-mail/Text: bankruptcydepartment@tsico.com Aug 12 2020 05:46:36      Transworld System Inc,
               507 Prudential Rd,   Horsham, PA 19044-2308
39731602      EDI: USAA.COM Aug 12 2020 09:28:00      USAA Savings Bank,   10750 McDermott Fwy,
               San Antonio, TX 78288-0002
39785326     +EDI: WFFC.COM Aug 12 2020 09:28:00      Wells Fargo Bank, N.A.,
               Small Business Lending Division,   P.O. Box 29482,   Phoenix, AZ 85038-9482
                                                                                              TOTAL: 24
```

Imaged Certificate of Notice    Page 2 of 5

```
District/off: 0973-6          User: admin              Page 2 of 2              Date Rcvd: Aug 11, 2020
                              Form ID: 318a            Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cab West LLC
intp            Courtesy NEF
cr*            +Mercedes-Benz Financial Services USA LLC,   c/o Bk Servicing, LLC,   PO Box 131265,
                 Roseville, MN 55113-0011
39791739*      +Richard Meng and Vivian Meng,   c/o Law Offices of Langley and Chang,   4158 14th St.,
                 Riverside, CA 92501-3426
39791740*      +Richard Meng and Vivian Meng,   c/o Law Offices of Langley and Chang,   4158 14th St.,
                 Riverside, CA 92501-3426
                                                                                                TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2020 at the address(es) listed below:
              Baruch C Cohen    on behalf of Defendant Leon Richard Mays bcc@BaruchCohenEsq.com,
               paralegal@baruchcohenesq.com
              Baruch C Cohen    on behalf of Defendant Darryl W Daniels bcc@BaruchCohenEsq.com,
               paralegal@baruchcohenesq.com
              Christopher J Langley    on behalf of Plaintiff Richard  Meng chris@langleylegal.com,
               omar@langleylegal.com;langleycr75251@notify.bestcase.com
              Christopher J Langley    on behalf of Creditor Vivian  Meng chris@langleylegal.com,
               omar@langleylegal.com;langleycr75251@notify.bestcase.com
              Christopher J Langley    on behalf of Plaintiff Vivian  Meng chris@langleylegal.com,
               omar@langleylegal.com;langleycr75251@notify.bestcase.com
              Jennifer H Wang    on behalf of Creditor   Cab West LLC jwang@cookseylaw.com,
               jwang@ecf.courtdrive.com
              Jennifer H Wang    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
               jwang@cookseylaw.com,   jwang@ecf.courtdrive.com
              Josephine E Salmon    on behalf of Interested Party   Courtesy NEF ecfcacb@aldridgepite.com,
               JES@ecf.inforuptcy.com;jsalmon@aldridgepite.com
              Karl T Anderson (TR)    2edansie@gmail.com, kanderson@ecf.axosfs.com
              Richard A Marshack    on behalf of Trustee Karl T Anderson (TR) rmarshack@marshackhays.com,
               lbuchananmh@ecf.courtdrive.com;rmarshack@ecf.courtdrive.com
              Steven P Chang    on behalf of Interested Party   Courtesy NEF heidi@spclawoffice.com,
               schang@spclawoffice.com,assistant1@spclawoffice.com,
               attorney@spclawoffice.com;g9806@notify.cincompass.com;changsr75251@notify.bestcase.com
              Tinho Mang    on behalf of Interested Party   INTERESTED PARTY tmang@marshackhays.com,
               tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
              Tinho Mang    on behalf of Interested Party   Courtesy NEF tmang@marshackhays.com,
               tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
              Tinho Mang    on behalf of Trustee Karl T Anderson (TR) tmang@marshackhays.com,
               tmang@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
              Valerie  Smith    on behalf of Interested Party   Courtesy NEF claims@recoverycorp.com
              W. Derek May    on behalf of Debtor Leon Richard Mays wdmlaw17@gmail.com,
               r48266@notify.bestcase.com
              W. Derek May    on behalf of Joint Debtor Darryl W Daniels wdmlaw17@gmail.com,
               r48266@notify.bestcase.com
                                                                                               TOTAL: 18
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Leon Richard Mays** | Social Security number or ITIN  **xxx–xx–8283** |
| | First Name   Middle Name   Last Name | EIN   **83–2713779, 03–0856650** |
| Debtor 2 (Spouse, if filing) | **Darryl W Daniels** | Social Security number or ITIN  **xxx–xx–5820** |
| | First Name   Middle Name   Last Name | EIN   **83–2713779, 03–0856650** |
| United States Bankruptcy Court   **Central District of California** | | |
| Case number:   **6:19–bk–16968–WJ** | | |

## Order of Discharge – Chapter 7                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Leon Richard Mays
dba Millenium Concepts, dba Millenium Concepts Investments LLC

Darryl W Daniels
dba Millenium Concepts, dba Millenium Concepts Investments LLC

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 8/11/20

Debtor 2 Discharge Date: 8/11/20

**Dated:** 8/11/20

**By the court:**  Wayne E. Johnson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**92/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc            **Order of Chapter 7 Discharge**            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**